```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF TENNESSEE
                     WESTERN DIVISION
```

| | |
|---|---|
| GERTRUDE E. BROADWAY, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 10-cv-02898-JPM-tmp |
| | ) |
| FEDERAL EXPRESS, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF REFERENCE

Pending before the Court is Plaintiff Broadway's Motion for Conference (Docket Entry 12), filed September 26, 2011. This motion is hereby referred to the United States Magistrate Judge for determination.

SO ORDERED this 27th day of September, 2011.

/s/ JON PHIPPS MCCALLA
CHIEF UNITED STATES DISTRICT JUDGE