```
               UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF TENNESSEE
                     WESTERN DIVISION
```

GERTRUDE E. BROADWAY,            )
                                 )
                                 )
     Plaintiffs,                 )
                                 )
v.                               )   No. 10-cv-02898-JPM-tmp
                                 )
FEDERAL EXPRESS,                 )
                                 )
     Defendant.                  )
_____

**ORDER OF REFERENCE**
_____

Pending before the Court is Defendant Federal Express Corporation's Motion for Protective Order (Docket Entry 15), filed September 28, 2011.  This motion is hereby referred to the United States Magistrate Judge for determination.

SO ORDERED this 29th day of September, 2011.

```
                         /s/ JON PHIPPS MCCALLA
                         CHIEF UNITED STATES DISTRICT JUDGE
```