IN UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| GERTRUDE ANITA BROADWAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 2:10-cv-02898-JPM-tmp |
| FEDERAL EXPRESS, | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED ORDER**

Pending before the Court is Plaintiff's Motion to Quash Subpoena of Mike Odigie and, alternatively, if the Motion is denied, the alternative Motion of Plaintiff for an extension of time in which to file her response to Defendant's Motion for Summary Judgment. The parties have advised the Court that they have agreed that the subject deposition will be taken on January 10, 2012 beginning not later than 12:00 p.m.; and further that Defendant does not object to a extension for response to the Motion for Summary Judgment until January 16, 2012. Their agreement is represented by the signatories of their respective counsel affixed hereto.

For good cause shown, it is hereby ORDERED that Defendant shall be allowed to resume the deposition of Mike Odigie on January 10, 2012. The motion to quash is moot. It is further ORDERED, ADJUDGED and DECREED that Plaintiff is required to file her Response to Defendant's Motion for Summary Judgment on or before January 16, 2012.

IT IS SO ORDERED.

_____
U. S. DISTRICT COURT JUDGE

Counsel for Defendant

*[signature]*
John W. Campbell

Counsel for Plaintiff

*[signature]*
John W. Walker