IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| | |
|---|---|
| **GERTRUDE ANITA BROADWAY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil No. <u>10-2898-Ml/P</u> |
| ) | |
| **FEDERAL EXPRESS,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

---

**ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO QUASH
AND
GRANTING PLAINTIFF'S ALTERNATIVE MOTION FOR EXTENSION OF TIME TO
RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

---

Pending before the Court by order of reference is Plaintiff's Motion to Quash Subpoena of Mike Odigie and, alternatively, if the motion is denied, the Motion for Plaintiff for an extension of time in which to file her response to Defendant's Motion for Summary Judgment. The parties have advised the court that they have agreed that the subject deposition will be taken on January 10, 2012 beginning not later than 12:00 p.m.; and further that defendant does not object to an extension for response to the Motion for Summary Judgment until January 16, 2012.

For good cause shown, it is hereby ORDERED that defendant shall be allowed to resume the deposition of Mike Odigie on January 10, 2012. The motion to quash is DENIED as moot. It is further ORDERED, ADJUDGED, and DECREED that plaintiff is required to file

her response to defendant's Motion for Summary Judgment on or before January 16, 2012.

    IT IS SO ORDERED.

                                             s/ Tu M. Pham
                                             TU M. PHAM
                                             United States Magistrate Judge

                                             January 10, 2012
                                             Date