```
               UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION
```

_____

| | |
|---|---|
| GERTRUDE E. BROADWAY, | ) |
| | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   No. 10-cv-02898-JPM-tmp |
| | ) |
| FEDERAL EXPRESS, | ) |
| | ) |
|     Defendant. | ) |

_____

**ORDER GRANTING DEFENDANT'S MOTION TO EXCEED PAGE LIMITATION**
_____

    Before the Court is Defendant's Motion to Exceed Page Limitation (Docket Entry ("D.E.") 40), filed January 23, 2012.  Specifically, Defendant requests leave to exceed the ten-page limit imposed by Local Rule 56.1(c) on its reply to its summary judgment motion by no more than ten pages.

    It appearing to the Court that the motion is well taken, Defendant's motion is GRANTED.

    SO ORDERED this 24th day of January, 2012.


                                              /s/ JON PHIPPS MCCALLA
                                              CHIEF UNITED STATES DISTRICT JUDGE