**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

GERTRUDE ANITA BROADWAY,   Case No. 10-02898

    Plaintiff,   HON. ARTHUR J. TARNOW
   SENIOR UNITED STATES
v.   DISTRICT JUDGE

FEDERAL EXPRESS,

    Defendant.
_____/


**ORDER ADMINISTRATIVELY TERMINATING
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [27]**

Before the Court is Defendant's Motion for Summary Judgment [27]. The Court **HEREBY ORDERS** an administrative termination of the Motion [27]. The Motion [27] shall be closed without prejudice. Should Defendant wish to later reopen the Motion, it may do so at any time by providing the Court with written notice.

    **SO ORDERED.**

                                          s/ Arthur J. Tarnow
                                          ARTHUR J. TARNOW
                                          SENIOR UNITED STATES
                                          DISTRICT JUDGE

Dated: September 25, 2012