# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| GERTRUDE ANITA BROADWAY, | Case No. 10-02898 |
| Plaintiff, | HON. ARTHUR J. TARNOW |
| | SENIOR UNITED STATES |
| v. | DISTRICT JUDGE |
| FEDERAL EXPRESS, | |
| Defendant. | |
| _____/ | |

## ORDER GRANTING DEFENDANT'S MOTION TO REINSTATE MOTION FOR SUMMARY JUDGMENT [79]

Before the Court is Defendant's Motion to Reinstate its Motion for Summary Judgment [79]. The Court **HEREBY ORDERS** that Defendant's Motion for Summary Judgement [27] is REOPENED.

**SO ORDERED.**

s/ Arthur J. Tarnow
ARTHUR J. TARNOW
SENIOR UNITED STATES
DISTRICT JUDGE

Dated: October 10, 2012