**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| GERTRUDE ANITA BROADWAY,<br>    Plaintiff,<br>v.<br>FEDERAL EXPRESS,<br>    Defendant. | )<br>)<br>)<br>)<br>) No. 2:10-cv-02898-JPM-tmp<br>)<br>)<br>)<br>) |

**ORDER DIRECTING THE CLERK TO REINSTATE DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT (ECF NO. 27)
ORDER SETTING DEADLINES FOR SUPPLEMENTAL BRIEFING
AND
ORDER SETTING TRIAL DATES**

On March 28, 2014, the Court entered an Order granting Plaintiff's Motion to Withdraw the Amended Complaint. (ECF No. 89.) Plaintiff was "directed to file the amended complaint for which she received leave of court." (Id. at 1.) No Amended Complaint has been properly filed.

On July 10, 2014, the Court held a telephonic status conference. (Min. Entry, ECF No. 92.) At the hearing, the parties discussed the status of the case. Having failed to file an Amended Complaint within a reasonable time frame, Plaintiff failed to comply with the Court's Order entered March 28, 2014. After discussion with the parties, the Court determined that any further attempts to amend the Complaint to add Plaintiff's failure-to-promote claim have been waived and are not allowed. The case, therefore, will proceed on the basis of the original Complaint, filed December 15, 2010 (ECF No. 1).

Accordingly, the Court DIRECTS the Clerk to reinstate Defendant's Motion for Summary Judgment (ECF No. 27). The Court further sets the following deadlines for supplemental briefing for and in response to the Motion for Summary Judgment:

1. Defendant's supplemental briefing, if any, will be due by **July 31, 2014**. No more than ten pages will be allowed.
2. Plaintiff's responsive supplemental briefing, if any, will be due by **August 14, 2014**. No more than ten pages will be allowed.
3. Defendant's reply to Plaintiff's supplemental briefing, if any, will be due **August 21, 2014**. No more than five pages will be allowed.

Lastly, the Court sets the following **trial dates**:

1. The **jury trial** in this matter, which is anticipated to last four to five days, is set to begin **Monday, November 17, 2014** at 9:30 a.m. in Courtroom No. 1.
2. A **pretrial conference** is set for Monday, November 10, 2014 at 9:00 a.m.
3. The **joint pretrial order** and **proposed jury instructions and voir dire questions** are due by no later than 4:30 p.m. on Monday, November 3, 2014.

**IT IS SO ORDERED** this 10th day of July, 2014.

/s/ Jon P. McCalla
UNITED STATES DISTRICT JUDGE

2